# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>RAYMOND LLOYD GROGINS,<br><br>　　　　　　Defendant. | Case No.: 2:19-cr-00009-APG-NJK<br><br>**Order Setting Hearing** |

Pending before the Court is Defendant's Motion to Suppress Statements and Evidence. Docket No. 22. The Court hereby SETS an evidentiary hearing on this motion for August 5, 2019, at 10:00 a.m., in Courtroom 3C. *See United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000) (evidentiary hearing required where defendant demonstrates that a significant disputed factual issue exists).

IT IS SO ORDERED.

DATED: July 30, 2019.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE