# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAMOND LLOYD GROGINS,

    Defendant.

Case No. 2:19-cr-00009-APG-NJK

**ORDER OF DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant RAMOND LLOYD GROGINS, contained in the Indictment in case number 2:19-cr-009-APG-NJK.

    Respectfully submitted,

    NICHOLAS A. TRUTANICH
    United States Attorney

    /s/ Linda Mott
    LINDA MOTT
    Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the charges brought against defendant RAMOND LLOYD GROGINS, contained in the Indictment in case number 2:19-cr-00009-APG-NJK.

DATED this 30th day of December, 2019.

    _____
    HONORABLE ANDREW P. GORGON
    UNITED STATES DISTRICT JUDGE